IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**REHABCARE GROUP EAST, INC.**     **PLAINTIFF**

V.     **CASE NO.: 4:10CV00094 BD**

**GOSNELL HEALTHCARE, INC., et al.**     **DEFENDANTS**

## ORDER

Pending is Plaintiff RehabCare Group East, Inc.'s Motion for Partial Summary Judgment (docket entry #27) and Motion to Compel (#31). Defendants Gosnell Healthcare, Inc. and Osceola Nursing Home, LLP have not responded to the motions and the time to do so has passed.

A party's failure to timely respond to a nondispositive motion is an adequate basis for granting the requested relief. Local Rule 7.2(f). Under Local Rule 56.1, if a party fails to controvert the moving party's statement of facts, all material facts set forth in the statement are deemed admitted.

If Defendants Gosnell Healthcare, Inc. and Osceola Nursing Home, LLP oppose these motions, they must file their responses within seven (7) days of the entry of this Order.

IT IS SO ORDERED this 11th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE