IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**REHABCARE GROUP EAST, INC.**                                                   **PLAINTIFF**

V.                 **CASE NO.: 4:10CV00094 BD**

**GOSNELL HEALTHCARE, INC., et al.**                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Orders of this Court, Judgment is entered in favor of Plaintiff RehabCare Group East, Inc. on its claim of breach of contract against Defendants Gosnell Healthcare, Inc. and Osceola Nursing Home, LLP. It is CONSIDERED, ORDERED, and ADJUDGED that all other claims and cross-claims are hereby DISMISSED WITH PREJUDICE.

DATED this 2nd day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE